United States Courts
Southern District of Texas
FILED

21-cr-1079

JAN 3 0 2023

Nathan Ochsner, Clerk of Court

I Hayden Espinosa am requesting an Appeal, I was charged and convicted of Transfer of possesion of A machine gun not registered in the NFRtr. ATF Agent Oscar returned to my mother what he Referred to as "Gun parts" Along with multiple firearms.

